FILED by DJ D.C.
ELECTRONIC

Apr. 7, 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**09-80545-Civ-MARRA/JOHNSON**

CASE NO.: _____

SOC-USA, LLC

    Plaintiff,

v.

OFFICE DEPOT, INC. and
EPSON AMERICA, INC.

    Defendants.

_____/

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff, SOC-USA, LLC ("SOC") complains of Office Depot, Inc. ("Office Depot") and Epson America, Inc. ("Epson America") and as follows:

1. This is a claim for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code. This Court has exclusive jurisdiction over the subject matter of this claim under 28 U.S.C. § 1338(a).

2. SOC-USA, LLC is a Florida limited liability company that has its principal place of business in Delray Beach, Florida 33445.

3. SOC owns the full right, title and interest in and has standing to sue for infringement of United States Patent No. 7,456,018 B2 ("the '018 Patent"), entitled "Printing System," which issued on December 16, 2008.

4. Office Depot, Inc. is a Delaware corporation and has its principle place of business at 2200, Old Germantown Road, Delray Beach, Florida 33445.

5. Epson America, Inc. is a California corporation with a principle place of business at 3840 Kilroy Airport Way, Long Beach, California 90806.

RUTHERFORD MULHALL
PROFESSIONAL ASSOCIATION

*SOC-USA, LLC v. Office Depot, Inc. and Epson America, Inc.*
*Case No.:*
*Complaint for Patent Infringement*
*Page 2 of 5*

6. Office Depot is headquartered in this judicial district and transacts substantial business in this judicial district by selling, offering for sale and/or importing inks designed to be used with color printing systems that infringe the '018 Patent, as well as by conducting other business in this judicial district. These activities include selling and offering for sale ink cartridges for use in the Epson R800 and R1800 printers, specifically: cyan (T054220), red (T054720), blue (T054920), magenta (T054320), yellow (T054420), photo black (T054820) and matte black (T054820), at the following Office Depot locations: 900 N Federal Highway, Park Plaza on The Curve, Fort Lauderdale, Florida 33301; 1395 South East 17th Street, Southport Plaza, Fort Lauderdale, Florida 33316; 1590 N. Federal Highway, N. of Sunrise Boulevard, Fort Lauderdale, Florida, 33304; 1110 S. Federal Highway, Delray Beach, Florida 33483; 123 N.W. 13th Street, Boca Raton, Florida 33431; and 4901 North Federal Highway, Boca Raton, Florida 33431. Office Depot has been notified of the '018 Patent and the basis for its infringement.

7. Epson America also transacts business in this judicial district by selling, offering for sale and/or importing inks that are used in color printing systems that infringe the '018 Patent, by inducing and contributing to the infringement of others through the sale and offer for sale of ink cartridges designed to be used in infringing printing systems, as well as by conducting substantial other business in this judicial district. These activities include selling the ink cartridges at issue in this lawsuit from its website: http://www.epson.com. Epson America also has been notified of the '018 Patent and the basis for its infringement.

*SOC-USA, LLC v. Office Depot, Inc. and Epson America, Inc.*
Case No.:
*Complaint for Patent Infringement*
*Page 3 of 5*

8. Venue is proper in this judicial district under 28 U.S.C. § 1400(b).

9. Office Depot and Epson America have infringed at least claims 7, 9, 11, 13, 15, 17, 19, 21, 27 and 29 of the '018 Patent by knowingly and actively inducing others to infringe, and by contributing to the infringement of others, by the use, sale, importation and/or offer for sale of the ink cartridges designed to be used with the Epson R800 and R1800 color printing systems, including, without limitation, ink cartridges: cyan (T054220), red (T054720), blue (T054920), magenta (T054320), yellow (T054420), photo black (T054820) and matte black (T054820) and by intentionally aiding, assisting and encouraging the infringement by others.

10. The ink cartridges designed to be used with the R800 and R1800 color ink jet printers are not staple articles of commerce and can only be used in Epson's R800 and R1800 color ink jet printers.

11. Office Depot's and Epson America's contributory infringement and inducement to infringe have injured SOC. Hence, SOC is entitled to recover damages adequate to compensate it for such infringement, but in no event less than a reasonable royalty.

WHEREFORE, plaintiff, SOC-USA, respectfully requests that this Court enter judgment against Office Depot, Inc. and Epson America, Inc. and against their subsidiaries, successors, parents, affiliates, officers, directors, agents, servants, employees, and all persons in active concert or participation with them, granting the following relief:

RUTHERFORD MULHALL
PROFESSIONAL ASSOCIATION

SOC-USA, LLC v. Office Depot, Inc. and Epson America, Inc.
Case No.:
Complaint for Patent Infringement
Page 4 of 5

    A.    The entry of judgment in favor of plaintiff, and against Office Depot, Inc. and Epson America, Inc.;

    B.    An award of damages adequate to compensate plaintiff for the infringement that has occurred, together with prejudgment interest from the date the infringement began, but in no event less than a reasonable royalty as permitted by 35 U.S.C. § 284;

    C.    Relief permitted under 35 U.S.C. § 284 and 35 U.S.C. § 285;

    D.    A permanent injunction prohibiting further inducement and/or contributory infringement of the '018 Patent; and,

    E.    Such other relief that plaintiff is entitled to under law and any other and further relief that this Court or a jury may deem just and proper.

### Demand For Jury Trial

Plaintiff demands a trial by jury on all issues presented in this Complaint.

Rutherford Mulhall, P.A.

By: _____
Manuel Farach, Esquire
Florida Bar No.: 612138
Rutherford Mulhall, P.A.
Phillips Point - West Tower
777 South Flagler Drive
Suite 1601
West Palm Beach, Florida 33401
Telephone: (561) 820-9414
Facsimile: (561) 835-3966

**and**

*SOC-USA, LLC v. Office Depot, Inc. and Epson America, Inc.*
Case No.:
Complaint for Patent Infringement
Page 5 of 5

**Raymond P. Niro, Esquire**
Florida Bar No.: 0014584
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
Facsimile:   (312) 236-3137

**and**

**J. Beauregard Parker, Esquire**
Florida Bar No.: 18683
119 Northwest Corporate Blvd.,
Suite 301W
Boca Raton, Florida  33431
Telephone: (561) 997-0204
Facsimile:   (561) 244-1049

09-80545-Civ-MARRA/JOHNSON Case 1:09-cv-04055-OD Document 1  Filed 04/07/09  Page 6 of 6

FILED by DJ D.C.
ELECTRONIC

Apr. 7, 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

JS 44 (Rev 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

## I. (a) PLAINTIFFS
SOC-USA, LLC

## DEFENDANTS
Office Depot, Inc. and Epson America, Inc.

**(b)** County of Residence of First Listed Plaintiff  **PALM BEACH**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

MANUEL FARACH, ESQUIRE
Rutherford Mulhall, P.A.
777 S. Flagler Drive, Suite 1601
West Palm Beach, Florida 33401

Attorneys (If Known)

**(d)** Check County Where Action Arose:  ☐ MIAMI-DADE  ☐ MONROE  ☐ BROWARD  ☑ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE HIGHLANDS

09CV80545 MARRA/JOHNSON

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☑ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**TORTS — PERSONAL INJURY**
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- **Habeas Corpus:**
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus-Alien Detainee
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☑ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)
- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Re-filed- (see VI below)
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).
(See instructions second page):

a) Re-filed Case ☐ YES ☑ NO   b) Related Cases ☐ YES ☐ NO

JUDGE _____   DOCKET NUMBER _____

## VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):

Patent Infringement under Title 35 of the United States Code

LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☑ Yes  ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD   DATE  April 7, 2009

FOR OFFICE USE ONLY
AMOUNT  350.00   RECEIPT # 73568/   IFP